

# Fourth Court of Appeals
## San Antonio, Texas

November 21, 2016

No. 04-16-00439-CV

**SAYERS INVESTMENTS, LP**., Rachel Shirley Rachelle, Shea Management Co., L.C., and
William Earl McDonald,
Appellants

v.

Joseph E. **MINIHAN** a/k/a Joe E. Minihan, Sharon Joy Minihan, 1150 Partners, Ltd., SCAP of
TEXAS Inc., James C. Woo and Davidson Troilo Ream & Garza,
Appellees

From the 198th Judicial District Court, Bandera County, Texas
Trial Court No. CV-15-0000184
Honorable M. Rex Emerson, Judge Presiding

## O R D E R

       Appellant's brief was due to be filed on October 3, 2016. The clerk of this court issued a notice to appellant that the brief was late and instructed appellant to either file the brief or a motion for extension of time no later than October 24, 2016. Neither the brief nor a motion for extension of time has been filed. It is therefore ORDERED that appellant show cause in writing **within ten (10) days** from the date of this order stating why this appeal should not be dismissed for want of prosecution. TEX. R. APP. P. 38.8(a), 42.3(b).

_____
Rebeca C. Martinez, Justice

       IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of November, 2016.

_____
Keith E. Hottle
Clerk of Court